Roy L. VEACH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63358.

Missouri Court of Appeals, Western District.

July 13, 2004.

Ruth Sanders, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, C.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Roy L. Veach pled guilty to four counts of statutory sodomy in the second degree pursuant to § 566.064, RSMo 2000, and was sentenced to five years in the Department of Corrections for each count, with said sentences to run consecutively to each other. Mr. Veach then filed a Rule 24.035 post-conviction motion to vacate, set aside, or correct his sentence.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).